IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH WALSH                          :          CIVIL ACTION
                                      :
        v.                            :
                                      :
BUCKS COUNTY, ET AL.                  :          NO.  25-5978

## ORDER

**AND NOW**, this 26th day of May, 2026, upon consideration of "Defendant Bucks County's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (Docket No. 26), and Plaintiff's opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Plaintiff's claims against Bucks County pursuant to the Rehabilitation Act and the Americans with Disabilities Act, and those claims are **DISMISSED**.

2. The Motion is **DENIED** insofar as it seeks dismissal of Plaintiff's Monell claim against Bucks County.

                                      BY THE COURT:

                                      /s/ John R. Padova, J.

                                      _____
                                      John R. Padova, J.