IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH WALSH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY, ET AL. | : | NO. 25-5978 |

**ORDER**

**AND NOW**, this 2nd day of November, 2026, upon consideration of the "Motion of Defendant Montgomery County to Dismiss Plaintiff's Amended Complaint" (Docket No. 36) and Plaintiff's opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Montgomery County's Motion is **GRANTED**.
2. Plaintiff's claims against Montgomery County are **DISMISSED**, and Montgomery County is **DISMISSED** as a Defendant in this action.
3. Because Montgomery County was the only remaining Defendant in Counts III and IV of the Amended Complaint, those Counts are **DISMISSED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.